460 A.2d 866

Commonwealth v. Rosenzweig, Appellant.

Before CAVANAUGH, BROSKY and MONTGOMERY, JJ.

Order and judgment of sentence affirmed.